[No. 5996–1–III.   Division Three.   May 14, 1985.]

OLD NATIONAL FINANCIAL SERVICES, INC., *Respondent,*
v. ROBERT SHERWOOD, ET AL, *Appellants,*
VALLEY TITLE GUARANTEE, INC.,
*Respondent.*

Appeal from a judgment of the Superior Court for Yakima County, No. 81–2–01191–7, Howard Hettinger, J., entered July 1, 1983. *Affirmed* by unpublished opinion per Munson, J., concurred in by McInturff, A.C.J., and Thompson, J.

[No. 6716–5–III.   Division Three.   May 14, 1985.]

BRUCE H. FROST, *Respondent,* v. VICTOR J. FELICE, *Petitioner.*

Appeal from a judgment of the Superior Court for Spokane County, No. 84–2–01690–1, George T. Shields, J., entered August 24, 1984. *Reversed* and *remanded* by unpublished opinion per Munson, J., concurred in by McInturff, A.C.J., and Thompson, J.

[No. 6054–3–III.   Division Three.   May 14, 1985.]

DON SMITH & ASSOCIATES, INC., ET AL, *Appellants,*
v. TIMOTHY W. MAHONEY, *Respondent.*

Appeal from a judgment of the Superior Court for Benton County, No. 83–2–00267–0, James B. Mitchell, J., entered September 16, 1983. *Affirmed* by unpublished opinion per Thompson, J., concurred in by Green, C.J., and Munson, J.